UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN PAGE;<br><br>                  Plaintiff;<br><br>vs.<br><br>SYSCO ALBANY, LLC;<br><br>                  Defendant. | **AMENDED STIPULATION OF VOLUNTARY DISMISSAL**<br><br>Case No. 1:23-cv-00429-TJM-TWD |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsels that the above-captioned action is voluntarily dismissed, with prejudice, against the defendant SYSCO ALBANY, LLC pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), and that no party hereto is an infant or incompetent.

| | |
|---|---|
| s/ Joshua R. Friedman, Esq.<br>LAMARCHE SAFRANKO LAW PLLC<br>*Attorneys for Plaintiff*<br>987 New Loudon Road<br>Cohoes, New York 12047<br>T: (518) 982-0770<br><br>Dated: June 5, 2024 | s/ Matthew C. Berger, Esq.<br>BAKER HOSTETLER LLP<br>*Attorneys for Defendant*<br>45 Rockefeller Plaza<br>New York, New York 10111<br>T: (212) 589-4200<br><br>Dated: June 5, 2024 |

IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

Date: June 14, 2024